**March 7, 2000**

21607        Estate of Kolomitz v. State of Hawaii                    Vacated